IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Green, Leslie Denise

Printed: 2/12/08

Case Number: 06 B 15879
Judge: Wedoff, Eugene R
Filed: 12/2/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: March 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,859.00 |  |
| Secured: |  | 851.62 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,799.00 |
| Trustee Fee: |  | 208.38 |
| Other Funds: |  | 0.00 |
| Totals: | 3,859.00 | 3,859.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,799.00 | 2,799.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Heritage Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 27,000.00 | 851.62 |
| 5. | RoundUp Funding LLC | Unsecured | 98.11 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 4,700.00 | 0.00 |
| 7. | National Capital Management | Unsecured | 307.26 | 0.00 |
| 8. | B-Line LLC | Unsecured | 750.23 | 0.00 |
| 9. | HSBC Bank USA | Unsecured |  | No Claim Filed |
| 10. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 11. | Newport News | Unsecured |  | No Claim Filed |
| 12. | Plaza Associates | Unsecured |  | No Claim Filed |
| 13. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 35,654.60 | $ 3,650.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 208.38 |
|  | _____ |
|  | $ 208.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Green, Leslie Denise | Case Number:  06 B 15879 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/12/08 | Filed:  12/2/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

